**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>ARNOLDO ALEXANDER VASQUEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR3547-H<br><br>**JUDGMENT OF DISMISSAL** |

FILED SEP 21 2011 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in case #11CR4091-H against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Information:

8:1326(a) and (b)

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: SEPTEMBER 20, 2011

　　　　　　　　　　　　　　　　　_/s/ Bernard G. Skomal_
　　　　　　　　　　　　　　　　　BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE